IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTIE BEASLEY, individually and
on behalf of her son, WESLEY BEASLEY                                               PLAINTIFFS

VS.                                                                                        NO. 1:04CV74-D-D

BENTON COUNTY, MISSISSIPPI,
BENTON COUNTY SHERIFF'S
DEPARTMENT, BENTON COUNTY SHERIFF
and JEFF BEASLEY, individually                                                    DEFENDANTS

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' motion for summary judgment (docket entry 48) is GRANTED;

(2) the Plaintiffs have conceded Jeff Beasley's motion for summary judgment and Jeff Beasley and all other Defendants shall be DISMISSED; and

(3) the Plaintiffs' claims shall be DISMISSED;

(4) this case is CLOSED.

SO ORDERED, this the 16th day of June 2005.

/s/ Glen H. Davidson
Chief Judge